# 1

**You have received a jpay letter, the fastest way to get mail**

From : MICHAEL SALAMI, ID: 879045
To : Information Services
Date : 2/13/2022 5:43:02 PM EST,   Letter ID: 1413156510
Location : ECF
Housing : 02202LBOTA


Sent by: MICHAEL SALAMI (879045)
Agency: Michigan Department of Corrections
Facility/Housing Unit: Oaks Correctional Facility/02202LBOTA
Date: 02/13/2022 17:46:08



Mediation Program request :

   The plaintiff, Michael Mohamed Salami, IN-PRO-SE, respectfully moves this Honorable court to order the following terms :

   1.) All defendants physically be present via zoom or phone capabilities with their counsel to attempt to resolve this Dispute through mediation, including plaintiff

   2.) The MDOC Central bureau of Health services Health Unit Manager (HUM ) be present in this mediation hearing by zoom or phone capabilities to facilitate effective communication,

   3.) The defendants thru their counsel not be allowed to refuse mediation, and that mediation conference can be utilizes to try and resolve the matters effectively and equitable,

   4.) The Mediation attorney be allowed access to plaintiffs Gender Dysphoria file in custody of Defendant Schmidit for review before mediation hearing conference,

   The plaintiff would like to please be able to have an mediation conference to try and resolve this civil Rights matter effectively and peacefully thru the defendants legal counsel to expressed her situation efficiency and let the defendants know what their conduct does negatively to plaintiff and to try to diplomatically talk the matters out privately face to face. It would be very bennifical to the MDOC, defendants and plaintiff that the court order mediation participation and Denny any refusal to participate in mediation by defendants counsel . This Court could help resolve the disputes listed by denying any refusal for mediation by defendants and request mediation participation with all parties to be present to explain their side of reasons and vice versa which could possibly avoid any long , and drown out legal suit in which this court has more things to do then hear this easily resolvable matter.

/s/Michael Mohamed Salami
#879045
1500 Caberfae HWY
Manistee, MI 49660


Certificate Of Service:

I declare on the date of 丄 ᙏ February 2022. I sent this court this 42 USCS 1983 Civil rights complaint, IFP application, 12 Month account statement , and request for mediation program participation with exhibits (u.s D.O.J civil rights complaint, U.N civil Rights complaint, and Grivenaces via U.S.P.S first class postage to U.S western District Court, clerk Division, Marquette, Michigan USA .

/S/Michael Mohamed Salami

Encls.

Date: 9, February 2022

Encls.

**jpay** Tell your friends and family to visit www.jpay.com to write letters and send money!